Robin *v.* Garfield Bldg. Assn., Appellants.

(No. 205, Jan. T., 1932.)

OPINION BY. MR. JUSTICE MAXEY, May 26, 1932:

The judgment of the court below in the above entitled case is affirmed for the reasons stated in the opinion this day filed to the case similarly entitled and indexed to No. 206, January Term, 1932.